```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
WILLIAM GARDNER LACHENAL,

                Plaintiff,

       v.

MARTIN J. O'MALLEY
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------x

Civil Action No.
7:24-CV-03839-NSR-JCM

STIPULATION AND ORDER OF
REMAND PURSUANT TO
SENTENCE 4 OF 42 U.S.C. § 405(g)

IT IS HEREBY STIPULATED AND AGREED, by and between Damian Williams, United States Attorney for the Southern District of New York, and, Special Assistant United States Attorney, Kristina Cohn attorneys for the Defendant, and, Timothy S. McAdam, Esq., attorney for the Plaintiff, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, a new hearing, and issuance of a new decision. Plaintiff may submit additional evidence in support of his claim. The Clerk is directed to enter judgment. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated: New York, New York
       September 11, 2024

                                DAMIAN WILLIAMS
                                United States Attorney for the
                                Southern District of New York
                                Attorney for Defendant

                    By:   *s/ Kristina Cohn*
                          Kristina Cohn
                          Special Assistant United States Attorney
                          c/o Social Security Administration
                          Office of Program Litigation, Office 2
                          Office of the General Counsel
                          6401 Security Boulevard
                          Baltimore, MD 21235
                          (212) 264-2179

Kristina.cohn@ssa.gov

Timothy S. McAdam, Esq.
McAdam & Fallon, P.C.
P.O. Box 500
Walden, NY 12586
Tel. (845) 778-7588
tsmcadam@mcadamandfallonlaw.com

SO ORDERED:

_____
HON. Nelson Stephen Roman
United States District Judge

**Plaintiff's motion for judgment on the pleadings is DENIED without prejudice as moot. The Clerk of Court is directed to terminate the motion at ECF No. 10 and to terminate the action.**

**Dated: September 12, 2024
White Plains, NY**